IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MURILLO-ORTEGA, | No. CV-F-05-1585 OWW (No. CR-F-98-5259 OWW) |
| Petitioner, | ORDER DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Petitioner Martin Murillo-Ortega's request for a Certificate of Appealability in connection with his appeal of the denial of his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is DENIED.

Petitioner's Section 2255 motion was denied as untimely. The Court concludes that jurists of reason would not find it debatable that Petitioner's motion states a valid claim for denial of a constitutional right and would not find it debatable that the Court is correct in its ruling.

///

1  IT IS SO ORDERED.

2  **Dated:   March 11, 2009**            **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE